1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

12 ABELARDO CRUZ SANCHEZ,
13     Petitioner,
14     v.
15 ERNESTO SANTACRUZ, et al.
16     Respondents.

No. 5:26-cv-00177-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

17

18     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the
19 records and files herein, and the Magistrate Judge's Report and
20 Recommendation. No objections to the Report and Recommendation were filed.
21 The Court accepts the recommendations of the Magistrate Judge.

22     ACCORDINGLY, IT IS ORDERED:

23     1. The Report and Recommendation is accepted.

24     2. Claim One in the Petition is **granted**.

25     3. Petitioner shall be released unless he is given a bond hearing, at
26 which his detention is considered under § 1226, **no later than seven days** from
27 the date of this Order.

28     4. Claims Two and Three are **dismissed with leave to amend**.

    5. Petitioner shall file an amended Petition or a Notice of Voluntary

1  Dismissal within 30 days of this Order.

2       6.   The Court Clerk shall serve this Order on all counsel or parties of
3  record.

5  DATED: February 23, 2026

                                                         HONORABLE SUNSHINE S. SYKES
                                                         UNITED STATES DISTRICT JUDGE