**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ABELARDO CRUZ SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>Respondents. | No. 5:26-cv-00177-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Abelardo Cruz Sanchez. No party filed objections to the Report and Recommendation within the time permitted. (ECF 21.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted;

2.     The First Amended Petition is **granted** as to Claims One and Two (ECF 13 at 8-11);

3.     The First Amended Petition is denied as moot as to Claim Three;

4.     Petitioner shall be released from custody within 24 hours of this

Order on the conditions of parole previously imposed;

5. The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: April 30, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2