JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

ABELARDO CRUZ SANCHEZ,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents.

No. 5:26-cv-00177-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Amended Petition (ECF 13) is granted. Petitioner shall be released on the conditions of parole previously imposed.

DATED: April 30, 2026



HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE